THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  *v.* CHARLES LODICO and SAM LODICO, Appellants.

(Argued January 6, 1932; decided February 9, 1932.)

*Frank H. Mott* and *John M. Roach* for appellants.
*John S. Leonard, Assistant District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES
  D. BAISLEY et al., Respondents, *v.* GUSTAVE C. JOACHIM,
  Appellant, Impleaded w th Others.

(Submitted January 6, 1932; decided February 9, 1932.)

594

*George S. Raymond* for appellant.

*John J. Bennett, Jr., Attorney-General (Joseph F. Haher* of counsel), for respondents.

Order affirmed, with costs; no opinion

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.